**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Elroy Silas MARTIN, Defendant—Appellant.**

**No. 04–30066.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 13, 2005.*

Decided Sept. 19, 2005.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Carl E. Rostad, Esq., Office of the U.S. Attorney, Great Falls, MT, for Plaintiff–Appellee.

David F. Ness, Esq., Anthony R. Gallagher, Esq., Great Falls, MT, for Defendant–Appellant.

Before: SCHROEDER, Chief Judge, ALARCÓN and KLEINFELD, Circuit Judges.

MEMORANDUM **

Elroy Silas Martin appeals the sentence imposed following his guilty plea to kidnapping in violation of 18 U.S.C. § 1153 and 1201(a)(2) and his conviction of assault with a dangerous weapon, in violation of 18 U.S.C. § 1153 and 113(a)(3).

The only question presented is whether the district court erred in determining that Martin was a career offender pursuant to U.S.S.G. § 4B1.1 as a result of two prior convictions for crimes of violence. Martin argued that one of the predicate offenses, a criminal endangerment conviction in violation of Montana code section 45–5–207(1), is not a crime of violence under U.S.S.G. § 4B1.2(a)(2).

We have already held in *United States v. Bailey*, 139 F.3d 667 (9th Cir.1998), that a materially similar Arizona statute is a crime of violence. *Bailey*, 139 F.3d at 668. *Bailey* controls the outcome in this case.

AFFIRMED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

